E-FILED
Thursday, 08 February, 2007  03:19:31 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| EILEEN M. BLOXOM, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| BANK OF AMERICA, NA, FREDERICK J. HANNA & ASSOCIATES, and ALLIANCEONE RECEIVABLES MANAGEMENT, INC., a Delaware corporation, | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

CASE NO.: 2006 LM 316

07-2034

FILED
FEB - 8 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

## NOTICE OF REMOVAL

To:   Judges of the United States District Court for the Central District of Illinois

Defendant, Frederick J. Hanna & Associates ("Defendant"), by and through its attorneys David M. Schultz and Justin M. Penn, and for its Notice of Removal pursuant to 28 U.S.C. §1441(a) and 1446, and in support thereof, state as follows:

1. On or about December 14, 2006, Plaintiff Eileen M. Bloxom, filed a complaint against defendant in the Circuit Court of Coles County, Illinois. A copy of the complaint is attached hereto and incorporated herein by reference as Exhibit A.

2. Process was served upon Defendant Frederick J. Hanna & Associates, on January 18, 2007. A copy of the summons is attached hereto as Exhibit B.

3. Copies of the above mentioned complaint and summons constitute true and correct copies of all process, pleadings and orders served upon Defendant.

4. Defendant's counsel has contacted a representative from co-defendant AllianceOne Receivables Management, Inc. who indicated that it has not been served, and it

6148462v1 873622

does not object to this removal. The Complaint states a federal cause of action against AllianceOne Receivables Management, Inc. for a purported violation of the FDCPA.

5. Defendant has contacted counsel for co-defendant Bank of America, NA, who does not object to this removal. The Complaint does not state a federal cause of action against Bank of America, NA, only asserting a violation of the Illinois Consumer Fraud and Deceptive Practices Act.

6. This Notice was filed with the Clerk of the United States District Court within thirty (30) days after service of the complaint upon the Defendant Frederick J. Hanna & Associates. 28 U.S.C. §1446(b).

7. 28 U.S.C. §1441(b) provides as follows:

> (b) Any civil action of which the district courts have original jurisdiction founded on a claim or right arising under the Constitution, treaties or laws of the United States shall be removable without regard to the citizenship or residence of the parties. Any other such action shall be removable only if none of the parties in interest properly joined and served as defendants is a citizen of the state in which such action is brought.

8. United States District Court for the Central District of Illinois, has jurisdiction over the Plaintiff's claim due to the fact that the allegations against Frederick J. Hanna & Associates and AllianceOne Receivables Management, Inc. contained in his complaint arise under the Constitution, laws or treaties of the United States. 28 U.S.C. §1331.

9. In the complaint, Plaintiff alleges that Defendant was acting as a debt collector in attempting to collect a debt from Plaintiff.

10. Plaintiff claims Defendant violated §§1692e, 1692e(2), 1692e(4), 1692e(5), and 1692e(10), in its attempted collection of Plaintiff's debt. The Complaint also alleges a violation of the Illinois Consumer Fraud and Deceptive Practices Act against Frederick J. Hanna and

Associates. Plaintiff seeks recovery under the FDCPA of actual damages, statutory damages, and costs and reasonable attorney fees.

11. The Plaintiff's complaint invokes federal question jurisdiction because the allegations involve claims under the FDCPA, 15 U.S.C. §1692 et. seq.

WHEREFORE, the Defendant, Frederick J. Hanna & Associates, respectfully requests that this case proceed in this court as an action properly removed to it.

Respectfully submitted,<br>
Frederick J. Hanna & Associates,

By: _____
One of Its Attorneys

David M. Schultz
HINSHAW AND CULBERTSON LLP
222 North LaSalle, Suite 300
Chicago, IL 60601
(312) 704-3157
Fax: (312) 704-3157

6148462v1 873622