# Exhibit A

6148462v1 873622




IN THE CIRCUIT COURT
FOR THE FIFTH JUDICIAL CIRCUIT OF ILLINOIS
COLES COUNTY, CHARLESTON, ILLINOIS

| | |
|---|---|
| EILEEN M. BLOXOM, | ) |
| Plaintiff, | ) 06-LM- 316 |
| vs. | ) |
| BANK OF AMERICA, N.A., FREDERICK J. HANNA & ASSOCIATES, and ALLIANCEONE RECEIVABLES MANAGEMENT, INC., a Delaware corporation, | ) FILED DEC 1 2 2006 Vicki Kirkpatrick Circuit Clerk COLES COUNTY, ILLINOIS |
| Defendants. | ) |

### COMPLAINT
#### Count I – Illinois Consumer Fraud and Deceptive Business Practices Act 815 ILCS 505/2

NOW COMES Plaintiff EILEEN M. BLOXOM, by her attorney, Roy Jackson Dent of Brankey & Smith, P.C., and for Count I of her Complaint against Defendant BANK OF AMERICA, N.A. states as follows:

1. Plaintiff EILEEN M. BLOXOM is an individual who resides in Coles County, Illinois.

2. Defendant BANK OF AMERICA, N.A. is a nationally chartered bank with a principal place of business located at 100 North Tryon Street, Charlotte, North Carolina.

3. Plaintiff's husband, Jerry Bloxom, applied for and received a credit card account with Defendant Bank of America, N.A. (4319038605187754.)

4. Plaintiff EILEEN M. BLOXOM is not an obligor on that credit card account of any other issued by Defendant BANK OF AMERICA, N.A.

 

5. Plaintiff EILEEN M. BLOXOM did not make any purchases or transactions on that account or any other account issued by Defendant BANK OF AMERICA, N.A.

6. In 2005, Employees of Defendant BANK OF AMERICA, N.A. contacted Plaintiff EILEEN M. BLOXOM in order to collect the debt.

7. Those employees represented to EILEEN M. BLOXOM that she signed the credit card application and is obligated to repay the debt.

8. Defendant BANK OF AMERICA, N.A. is in possession of the credit card file and is aware that Plaintiff EILEEN M. BLOXOM is not an obligor.

9. During the course of several of those debt collection telephone calls, Plaintiff EILEEN M. BLOXOM requested that Defendant BANK OF AMERICA, N.A. provide her with a copy of the credit card application bearing her signature.

10. Defendant BANK OF AMERICA, N.A. refused to provide the information.

11. Defendant BANK OF AMERICA, N.A. has placed the account for collection with Defendants FREDERICK J. HANNA AND ASSOCIATES and ALLIANCE ONE.

12. The Illinois Consumer Fraud and Deceptive Business Practices Act states: "Unfair methods of competition and unfair or deceptive acts or practices, including but not limited to the use or employment of any deception fraud, false pretense, false promise, misrepresentation or the concealment, suppression or omission of any material fact, with intent that others rely upon the concealment, suppression or omission of such material fact, or the use or employment of any

2

 

practice described in Section 2 of the "Uniform Deceptive Trade Practices Act", approved August 5, 1965, in the conduct of any trade or commerce are hereby declared unlawful whether any person has in fact been misled, deceived or damaged thereby. In construing this section consideration shall be given to the interpretations of the Federal Trade Commission and the federal courts relating to Section 5 (a) of the Federal Trade Commission Act."

13. Defendant BANK OF AMERICA, N.A. committed a deceptive business practice when it engaged in a scheme to fraudulently and maliciously coerce and induce Plaintiff EILEEN M.BLOXOM to pay a debt she was not otherwise obligated to pay by repeatedly calling her to collect the debt and by repeatedly placing the debt with third parties to collect.

14. As an actual and proximate cause of Defendant BANK OF AMERICA, N.A.'s conduct, Plaintiff EILEEN M. BLOXOM suffered injury.

15. Defendant BANK OF AMERICA, N.A. made the representations and carried out its scheme knowingly, intentionally, wilfully, maliciously, and in bad faith, or with wanton and reckless disregard for BLOXOM's rights and interests, entitling the plaintiff to recover punitive damages against BANK OF AMERICA, N.A.

WHEREFORE, Plaintiff EILEEN M. BLOXOM requests that the Court enter judgment in her favor and against Defendant BANK OF AMERICA, N.A. for: (a) appropriate compensatory and punitive damages including but not limited to the disgorgement of all payments made by Plaintiff to Defendant with interest; (b) attorney's fees, litigation expenses and costs; and (c) such other or further relief as the Court deems appropriate.

## Count II – Fair Debt Collection Practices Act, 15 U.S.C. 1692

NOW COMES Plaintiff EILEEN M. BLOXOM, by her attorney, Roy Jackson Dent of Brankey & Smith, P.C., and for Count II of her Complaint against Defendant FREDERICK J. HANNA AND ASSOCIATES states as follows:

16. Plaintiff EILEEN M. BLOXOM is an individual who resides in Coles County, Illinois.

17. Plaintiff EILEEN M. BLOXOM is a "consumer" as defined by Section 803(3) of the Fair Debt Collection Practices Act, 15 U.S.C. section 1692a(3).

18. Defendant FREDERICK J. HANNA & ASSOCIATES is a business organization with a place of business located at 1655 Enterprise Way, Marietta, GA 30067.

19. Defendant FREDERICK J. HANNA & ASSOCIATES is a "debt collector" as defined by Section 803(6) of the Fair Debt Collection Practices Act, 15 U.S.C. section 1692a(6). Further, Defendant FREDERICK J. HANNA & ASSOCIATES is a law firm specializing in the collection and litigation of past due debts.

20. At all times relevant to this matter, Defendant FREDERICK J. HANNA & ASSOCIATES was collecting a consumer debt as defined by Section 803(5) of the Fair Debt Collection Practices Act, 15 U.S.C. 1692a(5).

21. On or about April 14, 2006, Defendant BANK OF AMERICA, N.A. assigned the credit card account to Defendant FREDERICK J. HANNA & ASSOCIATES for collection.

22. Defendant FREDERICK J. HANNA & ASSOCIATES did not review the account to ascertain whether Plaintiff EILEEN M. BLOXOM was an obligor on the credit

4

card account.

23. On April 14, 2006, an employee of Defendant FREDERICK J. HANNA & ASSOCIATES named Ms. Holt contacted Plaintiff by telephone with the intent to collect the debt.

24. During the course of the four telephone calls, Plaintiff stated that she did not believe that she owed the debt and requested that Defendant FREDERICK J. HANNA & ASSOCIATES provide her with verification of the debt.

25. Defendant FREDERICK J. HANNA & ASSOCIATES refused to do so.

26. Defendant FREDERICK J. HANNA & ASSOCIATES implied that a law suit will be filed if the debt is not paid immediately.

27. Defendant FREDERICK J. HANNA & ASSOCIATES was not authorized by Defendant Bank of AMERICA, N.A. to file a lawsuit against Plaintiff.

28. Defendant FREDERICK J. HANNA & ASSOCIATES does not file lawsuits in Illinois.

29. Defendant FREDERICK J. HANNA & ASSOCIATES violated the FDCPA when its falsely implied that a lawsuit would be filed if the debt was not paid in violation of 15 U.S.C. 1692e, 1692e(10).

30. Defendant FREDERICK J. HANNA & ASSOCIATES violated the FDCPA by falsely implying that Plaintiff was obligated to pay the credit card debt in violation of 15 U.S.C. § 1692e, 1692e(2), 1692e(4), 1692e(5), and 1692e(10).

31. As a result of Defendant FREDERICK J. HANNA & ASSOCIATES's conduct, Plaintiff EILEEN M. BLOXOM suffered actual damages.



WHEREFORE, Plaintiff EILEEN M. BLOXOM requests that the Court enter judgment in her favor and against Defendant FREDERICK J. HANNA & ASSOCIATES for: (a) actual and statutory damages, (b) attorney's fees, litigation expenses and costs, and (c) such other or further relief as the Court deems appropriate.

### Count III  Illinois Consumer Fraud and Deceptive Business Practices Act

NOW COMES Plaintiff EILEEN M. BLOXOM, by her attorney, Roy Jackson Dent of Brankey & Smith, P.C., and for Count III of her Complaint against Defendant FREDERICK J. HANNA & ASSOCIATES states as follows:

32. Plaintiff EILEEN M. BLOXOM is an individual who resides in Coles County, Illinois.

33. Defendant FREDERICK J. HANNA AND ASSOCIATES is a business organization with a principal place of business located at 1655 Enterprise Way, Marietta, Georgia.

34. On or about April 14, 2006, Defendant BANK OF AMERICA, N.A. assigned the credit card account to Defendant FREDERICK J. HANNA & ASSOCIATES for collection.

35. On April 14, 2006, an employee of Defendant FREDERICK J. HANNA & ASSOCIATES named Ms. Holt contacted Plaintiff by telephone with the intent to collect the debt.

36. During the course of the four telephone calls, Plaintiff stated that she did not believe that she owed the debt and requested that Defendant FREDERICK J. HANNA & ASSOCIATES provide her with verification of the debt.

6

Jan 17 2007 2:46PM    HP LASERJET FAX                                                    P.10

 

37. Defendant FREDERICK J. HANNA & ASSOCIATES refused to do so.

38. Defendant FREDERICK J. HANNA & ASSOCIATES implied that a law suit will be filed if the debt is not paid immediately.

39. Defendant FREDERICK J. HANNA & ASSOCIATES was not authorized by Defendant BANK OF AMERICA, N.A. to file a lawsuit against Plaintiff.

40. Defendant FREDERICK J. HANNA & ASSOCIATES does not file lawsuits in Illinois.

41. The Illinois Consumer Fraud and Deceptive Business Practices Act states: "Unfair methods of competition and unfair or deceptive acts or practices, including but not limited to the use or employment of any deception fraud, false pretense, false promise, misrepresentation or the concealment, suppression or omission of any material fact, with intent that others rely upon the concealment, suppression or omission of such material fact, or the use or employment of any practice described in Section 2 of the "Uniform Deceptive Trade Practices Act", approved August 5, 1965, in the conduct of any trade or commerce are hereby declared unlawful whether any person has in fact been misled, deceived or damaged thereby. In construing this section consideration shall be given to the interpretations of the Federal Trade Commission and the federal courts relating to Section 5 (a) of the Federal Trade Commission Act."

42. Defendant FREDERICK J. HANNA & ASSOCIATES committed a deceptive business practice when it engaged in a scheme to fraudulently and maliciously induce and coerce Plaintiff EILEEN M. BLOXOM to pay a debt she was not

otherwise obligated to pay by repeatedly making debt collection attempts by telephone, by refusing to provide Plaintiff with proof that she was obligated to pay the debt, and by threatening to file a law suit to collect the debt.

43. As an actual and proximate cause of Defendant FREDERICK J. HANNA & ASSOCIATES's conduct, Plaintiff EILEEN M. BLOXOM suffered injury.

44. Defendant FREDERICK J. HANNA & ASSOCIATES made the representations and carried out its scheme knowingly, intentionally, wilfully, maliciously, and in bad faith, or with wanton and reckless disregard for BLOXOM's rights and interests, entitling the plaintiff to recover punitive damages against FREDERICK J. HANNA & ASSOCIATES.

WHEREFORE, Plaintiff EILEEN M. BLOXOM requests that the Court enter judgment in her favor and against Defendant FREDERICK J. HANNA & ASSOCIATES for: (a) appropriate compensatory and punitive damages including but not limited to the disgorgement of all payments made by Plaintiff to Defendant with interest; (b) attorney's fees, litigation expenses and costs; and (c) such other or further relief as the Court deems appropriate.

### Count IV – Fair Debt Collection Practices Act, 15 U.S.C. 1692

NOW COMES Plaintiff EILEEN M. BLOXOM, by her attorney, Roy Jackson Dent of Brankey & Smith, P.C., and for Count IV of her Complaint against Defendant ALLIANCEONE RECEIVABLES MANAGEMENT, INC. states as follows:

45. Plaintiff EILEEN M. BLOXOM is an individual who resides in Coles County, Illinois.

46. Plaintiff is a "consumer" as defined by Section 803(3) of the Fair Debt Collection

8

Practices Act, 15 U.S.C. section 1692a(3).

47. Defendant ALLIANCEONE RECEIVABLES MANAGEMENT, INC. is a corporation organized under the laws of the State of Delaware.

48. Defendant ALLIANCEONE RECEIVABLES MANAGEMENT, INC. is a "debt collector" as defined by Section 803(6) of the Fair Debt Collection Practices Act, 15 U.S.C. section 1692a(6).

49. At all times relevant to this matter, Defendant ALLIANCEONE RECEIVABLES MANAGEMENT, INC. was collecting a consumer debt as defined by Section 803(5) of the Fair Debt Collection Practices Act, 15 U.S.C. 1692a(5).

50. On or about August 2, 2006, Defendant BANK OF AMERICA, N.A. placed the credit card account in question with Defendant ALLIANCEONE RECEIVABLES MANAGEMENT, INC. for collection.

51. On or about August 2, 2006, Defendant ALLIANCEONE RECEIVABLES MANAGEMENT, INC. sent a debt collection letter to Plaintiff. A copy of the letter is attached hereto and incorporated herein by reference as Exhibit A.

52. On or about September 8, 2006, at about 3 p.m., Defendant ALLIANCEONE RECEIVABLES MANAGEMENT, INC. contacted the Plaintiff by telephone in an attempt to collect the debt.

53. Plaintiff's daughter, Becky Bloxom, answered the telephone.

54. Defendant ALLIANCEONE RECEIVABLES MANAGEMENT, INC. identified itself and asked to speak with Plaintiff.

55. Becky advised that her mother was not at home.

9

56. Defendant ALLIANCEONE RECEIVABLES MANAGEMENT, INC. informed Becky that:
    a. Plaintiff was in "big trouble" because she owed money;
    b. That Plaintiff needs to pay the debt immediately; and
    c. If Plaintiff does not pay the debt, "we are going to come down there and get our damn money."

57. Becky informed Plaintiff of the telephone call.

58. Plaintiff understood the telephone call to be a threat of violence.

59. On November 29, 2006, a female employee of Defendant ALLIANCEONE RECEIVABLES MANAGEMENT, INC. who goes by the name "Nicki" contacted Plaintiff by telephone at her residence in an attempt to collect the debt.

60. Plaintiff's spouse, Jerry Bloxom, answered the phone.

61. Jerry stated that the credit card was only in his name. Jerry asked for proof that Plaintiff is obligated to pay the credit card debt.

62. Nicki refused to provide any proof and stated, "You need to take my word for it."

63. Nicki also stated that the failure to pay the debt will result in a lawsuit being filed against Plaintiff.

64. On information and belief, Defendant ALLIANCEONE RECEIVABLES MANAGEMENT, INC. is not authorized to file a lawsuit against Plaintiff and does not file lawsuits in Illinois.

65. Defendant ALLIANCEONE RECEIVABLES MANAGEMENT, INC. violated the FDCPA when one of its employees used the threat of violence during the

10

collection of a debt in violation of 15 U.S.C. 1692d, 1692e(1).

66. Defendant ALLIANCEONE RECEIVABLES MANAGEMENT, INC. violated the FDCPA by contacting a third party and communicating the existence of the debt to third party while attempting to collect the debt in violation of 15 U.S.C. § 1692c(b).

67. Defendant ALLIANCEONE RECEIVABLES MANAGEMENT, INC. violated the FDCPA when it misstated that a failure to pay the debt immediately would result in legal action in violation of 15 U.S.C. 1692e, 1692e(2), 1692e(5), and 1692e(10).

68. As a result of Defendant's conduct, Plaintiff suffered actual damages.

WHEREFORE, Plaintiff EILEEN M. BLOXOM requests that the Court enter judgment in her favor and against Defendant ALLIANCEONE RECEIVABLES MANAGEMENT, INC. for: (a) actual and statutory damages, (b) attorney's fees, litigation expenses and costs, and (c) such other or further relief as the Court deems appropriate.

Respectfully submitted,

EILEEN M. BLOXOM, Plaintiff

By _____
Of Brinkey & Smith, P.C.

PLAINTIFF REQUESTS TRIAL BY JURY.

EILEEN M. BLOXOM, Plaintiff

Dated: December 12, 2006

By: _____
Of Brankey & Smith, P.C.

Roy Jackson Dent
BRANKEY & SMITH, P.C.
622 Jackson Avenue
Charleston, IL 61920
Telephone: (217) 345-6222
Facsimile: (217) 345-6232

12

Jan. 17 2007 2:49PM    HP LASERJET FAX                                                                    p.16

**AllianceOne**
Receivables Management, Inc.

4250 Street Rd, Suite ___
Trevose PA 19053

† Please send all correspondence to the above address

Telephone: 215-354-5500 / 888-333-8941
August 2, 2006

Name: EILEEN M BLOXOM
Account Number: 8412608
Client Reference Number: 4319038605187754
Client: BANK OF AMERICA
PIN: N/A

Your account has been referred to our office for Collections.

If this has been an oversight on your behalf, mail the balance in full to our office. If you are experiencing financial difficulties, call our office and a representative will assist you in negotiating a suitable arrangement.

The total account balance as of the date of this letter is shown above. Your account balance may increase because of interest or other charges, if so provided in your agreement with your creditor.

Telephone: 215-354-5500 / 888-333-8941

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

By sending us a check or giving us your checking account information for payment, you authorize AllianceOne to collect funds electronically, in which case your check may not be returned to you. We can also arrange for a direct debit from your checking account.

This communication is from a debt collector. This is an attempt to collect a debt, and any information obtained will be used for that purpose.



✂ Detach Bottom Portion And Return With Payment ✂

**AllianceOne**
Receivables Management, Inc.

PO BOX 510987
LIVONIA MI 48151-5987
RETURN SERVICE REQUESTED

Regarding
BANK OF AMERICA

| Client Reference Number | Balance | Amount Enclosed |
|---|---|---|
| 4319038605187754 | $2367.21 | $ |

↓ Please make check or money order payable to:

S-ONAMFC10 L-3004 A-8412608 O-ECC
P05V8H00209316 I09317

EILEEN M BLOXOM
PO BOX 252
ASHMORE IL 61912-0252

ALLIANCEONE-F
PO BOX 3101
SOUTHEASTERN PA 19398-3101

ECC 4319038605187754 08412608 D 00000000 0000236721 0000000000 8