**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

_____

| | |
|---|---|
| **EILEEN M. BLOXOM,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 07-2034 |
| ) | |
| **BANK OF AMERICA, N.A.,** ) | |
| **FREDERICK J. HANNA & ASSOCIATES,** ) | |
| **and ALLIANCE ONE RECEIVABLES** ) | |
| **MANAGEMENT, INC., a Delaware** ) | |
| **corporation,** ) | |
| ) | |
| **Defendants.** ) | |

## OPINION

A Report and Recommendation (#18) was filed by the Magistrate Judge in the above cause on March 19, 2007. More than ten (10) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED:

(1) Defendant Bank of America's Motion to Dismiss (#12) is DENIED.

(2) Defendant Bank of America is allowed twenty-one (21) days from the entry of this order to file an answer to Plaintiff's complaint.

(3) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this 9th day of April, 2007

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE