UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | | |
|---|---|---|
| EILEEN M. BLOXOM, | ) | |
| | ) | |
| Plaintiff, | ) | 07-2034-MPM-DGB |
| | ) | |
| vs. | ) | |
| | ) | |
| BANK OF AMERICA, N.A., | ) | |
| FREDERICK J. HANNA & ASSOCIATES, | ) | Jury Trial Demand |
| and ALLIANCEONE RECEIVABLES | ) | |
| MANAGEMENT, INC., a Delaware | ) | |
| corporation, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION TO DISMISS

NOW COME Plaintiff EILEEN M. BLOXOM, Brankey & Smith, P.C., and Defendant BANK OF AMERICA, N.A., by and through its attorneys, Neal, Gerber & Eisenberg, L.L.P., and stipulate that the above-captioned cause should be dismissed with prejudice and with each party bearing its own costs.

s/ Roy Jackson Dent
Roy Jackson Dent
Brankey & Smith, P.C.
622 Jackson Avenue
Charleston, IL 61920
Phone: (217) 345-6222
Facsimile: (217) 345-6232
E-Mail: rdent@brankeysmithpc.com

Attorney for Plaintiff

_s/Lawrence M. Benjamin_
Lawrence M. Benjamin
Neal, Gerber & Eisenberg, L.L.P.
Two North LaSalle Street
Chicago, IL 60602-3801
Phone: (312) 269-8053
Facsimile: (312) 269-1747
E-Mail: lbenjamin@ngelaw.com

Attorney for Defendant
(With consent)